IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY McCARTER, #176854, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13-cv-500-WHA |
| | ) | |
| KENNETH SCONYERS, et al., | ) | (WO) |
| | ) | |
| Respondents.. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #12), entered on September 11, 2015, and the Petitioner's Objection (Doc. #13), filed on September 22, 2015.

The court has conducted an independent evaluation and *de novo* review of the file in this case and, after doing so, finds the objection to be without merit.

In his objection, the Petitioner merely restates the arguments made in his petition. Those arguments were thoroughly discussed and rejected in the Magistrate Judge's Recommendation and the Petitioner's objection presents nothing which undermines the findings and conclusions of the Magistrate Judge. The court agrees with the reasoning and conclusions contained in the Recommendation, and it is hereby ORDERED as follows:

    1. Petitioner's objection is OVERRULED.

    2. The Recommendation of the Magistrate Judge is ADOPTED.

    3. This petition for habeas corpus relief under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE