IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY McCARTER, #176854,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| vs.   ) | CASE NO. 1:13-cv-500-WHA |
| ) | |
| KENNETH SCONYERS, et al.,   ) | (WO) |
| ) | |
| Respondents..   ) | |

# **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE